UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY R. HARRIS,

       Plaintiff,                     Case No.  05-71179

v.                                       District Judge John Corbett O'Meara
                                             Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On September 12, 2005 this court issued an Order to Show Cause to the above named Plaintiff.

For the reasons stated on the record September 23, 2005 it is hereby ordered that the Order to Show cause is hereby DISMISSED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  September 23, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 23, 2005.

                                                    S/Gina Wilson
                                                    Judicial Assistant